# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID DUPREE,** | : | |
| Petitioner | : | No. 1:08-cr-00170-02 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW** on this 29th day of June 2015, **IT IS HEREBY ORDERED THAT:**

1. Petitioner David Dupree's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 318) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania