# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID DUPREE,** :
    **Petitioner** :
                                                :     No. 1:08-cr-00170
**v.** :
                                                :     (Judge Kane)
**UNITED STATES OF AMERICA,** :
    **Respondent** :
                                                :

## ORDER

**AND NOW**, on this 27th day of April 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner David Dupree's Motion to Vacate Sentence under 28 U.S.C. § 2255 (Doc. No. 337), as supplemented by his Supplemental Motion to Vacate Sentence Under 28 U.S.C. § 2255 (Doc. No. 354), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:16-cv-01365.

                                             s/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania